1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  ALBERTO L. GONZALEZ, State Bar No. 117605
   Supervising Deputy Attorney General
3  JOHN C. BRIDGES, State Bar No. 248553
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 210-7529
6   Fax: (916) 322-8288
    E-mail: John.Bridges@doj.ca.gov
7  *Attorneys for Defendant*
   *Dr. Meskath Uddin*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KENDALL BURTON,** | 2:19-CV-01616 JAM CKD |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S MOTION TO OPT OUT OF EARLY SETTLEMENT CONFERENCE** |
| v. | |
| **DR. MESKATH UDDIN, et al.,** | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On November 14, 2019, the undersigned referred this action to the Post-Screening ADR Project and stayed this action for 120 days. (ECF No. 16.) Pending before the court is Defendant's motion to opt out of the ADR Project. Plaintiff has not opposed the motion. For the reasons stated herein, Defendant's motion is granted.

Defendant states that a settlement conference is not warranted based on the nature of the claim and the perceived merits of the claim. After reviewing Defendant's motion, the undersigned finds that Defendant's request to opt out of the ADR project should be granted.

/////

/////

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant's motion to opt out of the ADR Project is granted;

2. The settlement conference scheduled for February 26, 2020 at 10:00 a.m. is vacated;

3. The stay in this action is lifted; and

4. Defendant Uddin shall file a response to plaintiff's complaint within 14 days.

Dated: February 12, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE