UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENDALL BURTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MESKATH UDDIN, et al.,<br><br>　　　　　Defendants. | No.  2:19-cv-1616 CKD P<br><br><br><br>ORDER |

　　　　Plaintiff seeks an extension of the discovery deadline.  To the extent plaintiff wishes to serve more discovery requests, his request is not timely as the deadline to serve discovery has passed and plaintiff has not explained why his request for more time is late.  See Fed. R. Civ. P. 6(b).  In all other respects, plaintiff fails to demonstrate good cause for an extension of the discovery deadline.

　　　　Accordingly, IT IS HEREBY ORDERED that plaintiff's request to extend the discovery deadline (ECF No. 35) is denied.

Dated:  July 23, 2020

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
burt1615.den