UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENDALL BURTON, | No. 2:19-cv-1616 JAM CKD P |
| Plaintiff, | |
| v. | ORDER |
| MESKATH UDDIN et al., | |
| Defendants. | |

Plaintiff has filed a motion asking that the court hold a settlement conference. Defendant Uddin has not responded to the motion, although in a document filed January 10, 2020, defendant Uddin indicated, among other things, that a settlement conference would be a waste of judicial resources. Nothing in the record before the court suggests defendant's position may have changed.

Good cause appearing, IT IS HEREBY ORDERED that plaintiff's request that the court hold a settlement conference (ECF No. 37) is denied without prejudice to renewal at a later stage of these proceedings

Dated: August 25, 2020

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/burt1616.mfs