UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENDALL BURTON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MESKATH UDDIN,<br><br>　　　　Defendants. | No. 2:19-cv-1616 JAM CKD P<br><br><br>ORDER |

　　　Plaintiff has filed a motion asking that the court compel defendant Uddin to provide further responses to plaintiff's request for production of documents set two, numbers 1-8. However, plaintiff fails to present any facts or argument as to why any particular response is not appropriate under the law. Instead, plaintiff complains about defendant's responses in general terms. This is not a sufficient basis upon which the court will order a further response to any particular request. Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to compel (ECF No. 41) is denied.

Dated: November 10, 2020

　　　　　　　　　　　　　　　　　　　　_/s/ Carolyn K. Delaney_
　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
burt1616.mtc