UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENDALL BURTON,<br><br>Plaintiff,<br><br>v.<br><br>MESKATH UDDIN, et al.,<br><br>Defendants. | No. 2:19-cv-1616 JAM CKD P<br><br><br><br>ORDER |

Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. On November 2, 2020, defendant Uddin filed a motion pursuant to Rule 37 of the Federal Rules of Civil Procedure asking that the court compel plaintiff to attend and answer questions at a deposition. Defendant Uddin indicates plaintiff's deposition was noticed for October 27, 2020 to be conducted via videoconference, but plaintiff refused to attend. Plaintiff has not responded to defendant's motion to compel.

Good cause appearing, IT IS HERBY ORDERED that:

1. Defendant's motion to compel (ECF No. 43) is granted;

2. Plaintiff shall attend and answer questions at a properly noticed deposition to take place no later than February 10, 2021.

/////

/////

3. Plaintiff's failure to comply with this order will result in sanctions which may include a recommendation that his action be dismissed.

4. The deadline for filing pretrial motions is extended to April 1, 2021.

Dated:  January 12, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
burt1616.mtc